## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH CASTANO,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>SINGATURE FLIGHT SUPPORT, LLC, et al.<br><br>　　　　　　*Defendants.* | Civil Action No. 22-2277(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of plaintiffs' motion to remand this case to state court, ECF No. 8;

and it appearing that Judge Allen issued a Report and Recommendation dated October 27, 2022, in which Judge Allen recommended that this Court grant plaintiffs' motion to remand, ECF No. 8 and deny as moot motion to dismiss, ECF. No. 5; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Allen's Report and Recommendation;

**IT IS** on this 17th day of November, 2022,

**ORDERED** that Judge Allen's Report and Recommendation dated October 27, 2022, is **ADOPTED** and plaintiffs' motion to remand ECF. No. 8 is **GRANTED,** defendants' motion to dismiss the complaint ECF. No. 5 is **DENIED** as moot, case is hereby **DISMISSED WITHOUT PREJUDICE** and this matter shall be **CLOSED.**

　　　　　　　　　　　　　　　　　　　　　　*s/ Madeline Cox Arleo*
　　　　　　　　　　　　　　　　　　　　　　**Hon. Madeline Cox Arleo**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**